IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

PRC ACQUISITION, LLC,

Debtor.

Bankruptcy No. 19-23923-GLT

Chapter 11

Document No.

Related to Doc. No. 11

## RESOLUTION OF THE MEMBERS OF PRC ACQUISITION, LLC REFLECTING AUTHORITY TO FILE THE WITHIN BANKRUPTCY

ROBERT O LAMPL
PA I.D. #19809
JOHN P. LACHER
PA I.D. #62297
DAVID L. FUCHS
PA I.D. #205694
RYAN J. COONEY
PA I.D. #319213
SY O. LAMPL
PA I.D. #324741
223 Fourth Avenue, 4th Fl.
Pittsburgh, PA  15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email:  rlampl@lampllaw.com

## Members' Resolution of PRC Acquisition, LLC
## a Pennsylvania Limited Liability Company

The undersigned members of PRC Acquisition, LLC, a Pennsylvania Limited Liability Company ("Company"), hereby certify that the following Resolution was approved and adopted by voting members of the Company:

RESOLVED, that PRC Acquisition, LLC, grant authority to the law firm of Law Offices of Robert O. Lampl, to file for bankruptcy on behalf of the Company in the U.S. District Court for the Western District of Pennsylvania.

RESOVLED FURTHER, that this Resolution is intended to ratify the October 7, 2019 bankruptcy filing, Case No. 19-23923, that was authorized by Yakub Mahomed as 95% Member of the Company.

Date: 10/11/19

_____
Yakub Mahomed, Member of PRC Acquisition, LLC

Date: 10/11/19

_____
Ingrid Levendale, Member of PRC Acquisition, LLC

303663,12123.0

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

PRC ACQUISITION, LLC,

　　　　Debtor.

Bankruptcy No. 19-23923-GLT

Chapter 11

Document No.

Related to Doc. No. 11

## CERTIFICATE OF SERVICE

I, Robert O Lampl, hereby certify, that on the 15th day of October, 2019 a true and correct copy of the foregoing **RESOLUTION OF THE MEMBERS OF PRC ACQUISITION, LLC REFLECTING AUTHORITY TO FILE THE WITHIN BANKRUPTCY** was served upon the following *(via electronic service)*:

Office of the U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA  15222

Date: October 15, 2019

*/s/ Robert O Lampl*
ROBERT O LAMPL
PA I.D. #19809
JOHN P. LACHER
PA I.D. #62297
DAVID L. FUCHS
PA I.D. #205694
RYAN J. COONEY
PA I.D. #319213
SY O. LAMPL
PA I.D. #324741
223 Fourth Avenue, 4th Fl.
Pittsburgh, PA  15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email: rlampl@lampllaw.com