IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
11/6/19 11:38 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:

**PRC ACQUISITION, LLC,**

**Debtor,**

**PRC ACQUISITION, LLC,**

**Movant,**

vs.

**NO RESPONDENT.**

Bankruptcy No. 19-23923-GLT

Chapter 11

Related to Dkt. No. 20

## MODIFIED ORDER

It is hereby **ORDERED**, **ADJUDGED** and **DECREED** that the time in which the Debtor is to cure the deficiencies in its Petition is enlarged until **November 21, 2019.**

Date:  November 6, 2019

_____
United States Bankruptcy Judge

Case Administrator to serve:
Debtor
Counsel for Debtor
Office of the U.S. Trustee