## Ryan Cooney

**From:** Ryan Cooney
**Sent:** Wednesday, January 8, 2020 2:36 PM
**To:** Ryan Cooney
**Subject:** FW: DPS019D0267_Applicant_pdf_32610617.pdf

---

**From:** Chad Skena [mailto:chad.skena@comcast.net]
**Sent:** Wednesday, January 8, 2020 1:50 PM
**To:** Ryan Cooney <rcooney@lampllaw.com>
**Cc:** Robert Lampl <rlampl@lampllaw.com>; ghd@mbm-law.net; yakub.mahomed@gmail.com
**Subject:** Re: DPS019D0267_Applicant_pdf_32610617.pdf

I submitted all signed applications and made a request to issue and bind effective today. It will be done today just waiting on the proof. We have binding authority up to 10 million so we are good.

Chad

Skena Insurance Agency
4099 William Penn Hwy Suite 704
Monroeville, Pa 15146
412-373-9940
www.autoinsurancecompare.com

**EXHIBIT A**