FILED
1/13/20 11:16 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 19-23923-GLT |
| PRC ACQUISITIONS, LLC, | Chapter 11 |
| *Debtor.* | Regarding Dkt. Nos. 41 and 42 |

## ORDER REQUIRING DOCUMENTS

This matter came before the Court upon a *Motion for Relief from Stay* [Dkt. No. 41] and a *Motion to Dismiss* [Dkt. No. 42] both filed by Creditor Enterprise Bank. The Debtor responded to both motions [Dkt. Nos. 48 and 49]. In the response papers, the Court learned that Enterprise Bank held insurance proceeds intended for property repair and applied those amounts against the Debtor's outstanding loan obligation. During a hearing conducted on January 9, 2020, the Court also learned that the roof remains in disrepair, portions of the Debtor's property may be occupied by an unauthorized party, and proof of a valid property insurance policy has yet to be received. Although both motions were set for an evidentiary hearing, the Court requires additional documentation in the interim to ensure that the Debtor's primary asset is adequately protected.

Based on the foregoing and for the reasons stated on the record, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

1. On or before **January 23, 2020**, the Debtor shall:

    a) File proof of property insurance coverage;
    b) Commence necessary utility services to preserve the value of the property; and
    c) Secure the property to the extent necessary to prevent any ongoing unauthorized use;

2. On or before **February 7, 2020**, the Debtor shall file applications to employ a property manager and a real estate broker; and

3. On or before **February 21, 2020,** the Debtor shall file a status report identifying a budget for all property management expenses that may arise until the property is sold, and the funding source for any required obligations.

Dated: January 10, 2020

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

<u>Case administrator to mail to:</u>
Debtor
Debtor's Counsel
William Buchanan, Esq.
Office of the U.S. Trustee