FILED
2/21/20 12:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In re: | : | Case No. 19-23923-GLT |
|  | : |  |
| PRC ACQUISITIONS, LLC, | : | Chapter 11 |
|  | : |  |
| *Debtor.* | : | Regarding Dkt. No. 64 |
|  | : |  |

## <u>ORDER</u>

This matter came before the Court upon a status conference on the Debtor's *Motion to Extend Time to File Applications to Employ a Real Estate Broker and Property Manager* [Dkt. No. 64]. At a hearing on February 20, 2020, the Debtor admitted it had not yet filed motions to employ professionals and certain utility services had not been restored to the property. The Debtor requested additional time to take the necessary actions.

Based on the foregoing and for the reasons stated on the record, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

1.      On or before **February 28, 2020, at 12:00 p.m. EST,** the Debtor shall file:

         a)      applications to employ a real estate broker and a property manager;

         b)      a status report itemizing all post petition equity advances made by the Debtor's principal;

         c)      a budget for property management expenses during the time period of February 1, 2020 through May 31, 2020; and,

         d)      all outstanding monthly operating reports.

2.      On or before **February 28, 2020, at 12:00 p.m. EST,** as proof of the Debtor's ability to fund ongoing property management expenses during the sale process, the Debtor's principal shall advance $60,000 to the client trust account of the Robert O Lampl law

firm.   Such funds shall be available to cover necessary property management expenses as determined by any Court-appointed property manager.

   3.  On or before **February 28, 2020, at 4:00 p.m. EST,** the Debtor's counsel shall file a status report confirming whether the $60,000 equity advance was actually received.

Dated: February 21, 2020

            GREGORY L. TADDONIO
            UNITED STATES BANKRUPTCY JUDGE

<u>Case administrator to mail to:</u>
Debtor

2