FILED
3/20/20 9:08 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 19-23923-GLT |
| PRC ACQUISITIONS, LLC, | Chapter 11 |
| *Debtor*. | |

### ORDER CONVERTING CASE UNDER
### CHAPTER 11 TO CASE UNDER CHAPTER 7

This matter is before the Court on an *Order to Show Cause Why The Case Should Not Be Converted or Dismissed* [Dkt. No. 95]. The Court conducted a hearing on March 19, 2020, where the Debtor, creditors, and a representative from the Office of the United States Trustee were heard.

For the reasons stated on the record, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED**, that:

1. The Court finds it is in the best interest of creditors and the estate to **CONVERT** the present chapter 11 case to a proceeding under chapter 7.

2. The Debtor shall:

    (a) **forthwith** turn over to the chapter 7 trustee all records and property of the estate under its custody and control as required by Bankruptcy Rule 1019(4);

    (b) **within 14 days** of the date of this *Order*, file a schedule of all unpaid debts incurred after the commencement of the chapter 11 case, as required by Bankruptcy Rule 1019(5), and a list of all post-petition claimants with their names and addresses. **The Clerk shall reject for filing any list of claimants which is not filed in matrix format;**

    (c) **within 14 days** of the date of this *Order*, file a Financial Report (or reports) covering the period from the last-filed financial report through the date of this *Order*;

   (d) **within 30 days** of the date of this *Order*, file an accounting of all receipts and distributions made; and

   (e) **it is the responsibility of Debtor's counsel to ensure that the above reports are timely filed and failure to do so may result in sanctions against counsel.**

  3. **Within 14 days** of the date of this *Order,* the Debtor shall file the **Statements** and **Schedules** required by Bankruptcy Rules 1019(1)(A) and 1007(b), if such documents have not already been filed.

  4. It is **FURTHER ORDERED** that the Clerk shall send the notice required by Bankruptcy Rule 1019(6).  If the schedule per paragraph 2(b) is filed in time for the Clerk to include post-petition creditors in the *§ 341 Notice* mailing, the Clerk shall so include the post-petition creditors in that mailing.  If the report per paragraph 2(b) is not filed in time for inclusion of the post-petition creditors in the *§ 341 Notice* mailing, the Clerk shall send, within ten (10) days of the filing of the paragraph 2(b) report, the notice required by Bankruptcy Rule 1019(6).

  5. It is **FURTHER ORDERED** that **within forty-five (45) days** hereof all Chapter 11 fee petitions by any professional shall be filed with the Clerk of the Bankruptcy Court. The fee petition shall be captioned "Chapter 11 Fee Petition in Converted Case" and shall designate the case number as "Bankruptcy No. 19-23923-GLT" and the hearing shall be scheduled on Judge Taddonio's motions calendar.

  6. It is **FURTHER ORDERED** Counsel for Debtor shall **immediately** serve a copy of this *Order* on any professional of record in the above case and shall file a certificate of service with the Clerk of the Bankruptcy Court within ten (10) days hereof.

Dated: March 19, 2020

_____
gsgj

Case Administrator to Mail to:   GREGORY L. TADDONIO
Debtor   UNITED STATES BANKRUPTCY JUDGE

2