# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | *(Converted from Chapter 11 on March 20,* |
| PRC ACQUISITION, LLC, | ) | *2020)* |
| | ) | |
| Debtor. | ) | Case No. 19-23923-GLT |
| _____ | ) | |
| | ) | |
| ENTERPRISE BANK, | ) | Docket No. |
| | ) | Related to Nos. 41, 43 |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PRC ACQUISITION, LLC, | ) | |
| | ) | |
| Respondent. | ) | |

**STIPULATION REGARDING ENTERPRISE BANK'S AMENDED MOTION FOR RELIEF FROM THE AUTOMATIC STAY, OR IN THE ALTERNATIVE, ADEQUATE PROTECTION PAYMENTS**

**AND NOW** comes Enterprise Bank, by and through its counsel, William M. Buchanan, Esquire and the law firm of Burns White, LLC, Rosemary C. Crawford, Esquire of the law firm of Crawford McDonald, LLC on behalf of the Chapter 7 Trustee, and Marc Alaia, by and through his counsel, Mark A. Lindsay, Esquire of the law firm of Bernstein-Burkley, (collectively referred to as the "Parties"), and hereby stipulate as follows, subject to Court approval:

**WHEREAS** the Debtor, PRC Acquisition, LLC, filed a voluntary petition under Chapter 11 of the U.S. Bankruptcy Code on October 7, 2019;

**WHEREAS** on December 2, 2019, Enterprise Bank filed an Amended Motion for Relief from the Automatic Stay, or in the Alternative, Adequate Protection Payments pursuant to 11 U.S.C. §362(d) and 11 U.S.C. §361 at Dkt. 41 (the "Motion") with respect to its primary secured

interests in Debtor's real property at 1 Racquet Lane, Monroeville, Pennsylvania 15146 and in Debtor's personal property assets, including inventory, chattel paper, accounts, equipment, general intangibles, fixtures and records (the "Collateral");

**WHEREAS** the Motion was duly served and noticed for hearing on January 9, 2020, with a response deadline on December 23, 2019;

**WHEREAS** no responses in opposition to the Motion were received except for a response in opposition by the then Debtor in possession;

**WHEREAS** on January 9, 2020, a hearing was held on the Motion and the Court entered an Order on January 10, 2020 establishing Pretrial deadlines and an evidentiary hearing on the Motion (Dkt. 54);

**WHEREAS** on March 13, 2020, the Court issued an Order to Show Cause Why the Case Should Not Be Converted or Dismissed (Dkt. 95) and a hearing was held on the Order to Show Cause Why the Case Should Not Be Converted or Dismissed on March 19, 2020;

**WHEREAS** on March 20, 2020, the Court entered an Order converting the Chapter 11 case to Chapter 7 (Dkt. 105) and Rosemary C. Crawford, Esquire was appointed as interim trustee of the Chapter 7 Estate (Dkt. 106);

**WHEREAS** hearing on the Motion was continued to May 28, 2020 at 10:00 a.m. (Dkt. 104);

**WHEREAS** a hearing was held on April 16, 2020 with respect to the Application for Approval of Real Estate Broker, which had been previously filed by the Debtor in possession but which was withdrawn by the Chapter 7 Trustee;

**WHEREAS** the Chapter 7 Trustee has diligently investigated the value and condition of the Collateral and reasonably believes that the Collateral has no equity which could benefit the

Estate and that the Collateral should be abandoned because it is burdensome and of inconsequential value and benefit to the Estate;

**WHEREAS** the Chapter 7 Trustee has no objection to the the relief requested in the Motion;

**WHEREAS** all parties preserve all rights if the Stipulation and its proposed Order are not approved by the Court;

**AND NOW** come the Parties, who, subject to Court approval, stipulate and agree to the entry of the Order attached as **Exhibit "A"** to this Stipulation abandoning the Collateral pursuant to 11 U.S.C. §554 and granting immediate relief from the automatic stay under 11 U.S.C. §362. WE DO STIPULATE AND AGREE:

Date: April 22, 2020            /s/ *William M. Buchanan*
                                William M. Buchanan, Esquire
                                PA I.D. No. 202843

                                BURNS WHITE LLC
                                Burns White Center
                                48 26th Street
                                Pittsburgh, PA  15222
                                T: (412) 995-3088
                                F: (412) 995-3300
                                wmbuchanan@burnswhite.com
                                *Counsel for Enterprise Bank*

Date: April 22, 2020            /s/ *Rosemary C. Crawford*
                                Rosemary C. Crawford, Esquire
                                PA I.D. No. 56981

                                CRAWFORD MCDONALD, LLC
                                Crawford  McDonald, LLC
                                P.O. Box 355
                                Allison Park, PA 15101
                                T: 724-443-4757
                                F: 412-291-2965
                                crawfordmcdonald@aol.com
                                *Chapter 7 Trustee*

Date: April 22, 2020  /s/ *Mark A. Lindsay*
Mark A. Lindsay, Esquire
PA I.D. No. 89487

BERNSTEIN-BURKLEY
707 Grant Street
Suite 2200 Gulf Tower
Pittsburgh, PA 15219
T: (412) 456-8121
F: (412) 456-8135
mlindsay@bernsteinlaw.com
*Counsel for Marc Alaia*