FILED
4/23/20 12:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | *(Converted from Chapter 11 on March 20,* |
| PRC ACQUISITION, LLC, | ) | *2020)* |
| | ) | |
| Debtor. | ) | Case No. 19-23923-GLT |
| | ) | |
| | ) | |
| ENTERPRISE BANK, | ) | Related to Dkt. No. 41 |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PRC ACQUISITION, LLC, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER APPROVING STIPULATION REGARDING ENTERPRISE BANK'S
AMENDED MOTION FOR RELIEF FROM THE AUTOMATIC STAY, OR IN THE
ALTERNATIVE, ADEQUATE PROTECTION PAYMENTS**

AND NOW, this **23rd** day of **April 2020**, upon consideration o*f Enterprise Bank's Amended Motion for Relief from the Automatic Stay, or in the alternative, Adequate Protection Payments (Dkt. 41) (the "Motion")* and the *Stipulation Regarding Enterprise Bank's Amended Motion for Relief from the Automatic Stay, or in the Alternative, Adequate Protection Payments* (the "Stipulation") filed by Enterprise Bank, the Chapter 7 Trustee and Marc Alaia (the "Parties"), it is hereby ORDERED that the Stipulation is APPROVED and the Motion is GRANTED. Debtor's real property at 1 Racquet Lane, Monroeville, Allegheny County, Pennsylvania 15146, and all personal property liened by Enterprise Bank (collectively the "Collateral"), is hereby abandoned by the Estate, and the automatic stay is terminated immediately without any stay of order under F.R.B.P. 4001(a)(3) insofar as it affects the interests of the Parties, Debtor and the Bankruptcy Estate in the Collateral. Enterprise Bank and/or Marc

Alaia may utilize all legal and contractual rights to foreclose, take possession of and liquidate the real property Collateral, and may thereafter proceed with fixing the fair market value of the property for any deficiency claim, if applicable. Further, Enterprise Bank may utilize all legal and contractual rights to take possession of and liquidate its personal property Collateral. The Parties reserve all remaining rights, claims and defenses. The hearing scheduled for May 28, 2020 is CANCELLED

BY THE COURT:

_____
Gregory L. Taddonio,    jah
United States Bankruptcy Judge

Case Administrator to serve:
Debtor
Rosemary C. Crawford, Esq.
William M. Buchanan, Esq.
Mark A. Lindsay, Esq.